RECEIVED

NOV 17 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**RECEIVED**

NOV 17 2021

U.S. PROBATION OFFICE
ST. LOUIS, MISSOURI

UNITED STATES OF AMERICA,              )
                                        )
                Plaintiff,              )
                                        )
        vs.                             )          Case No. 416CR00359-2 ERW
                                        )
        Anna Bise,                      )
                                        )
                Defendant.              )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, _Anna Bise_, request that my term of probation or supervised release be terminated early for the following reasons: _I have followed all directives, and feel I no longer need the support that probation gave me._

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

___11/17/21___
Date

_Anna_ (Signature of Defendant)
_2254 Missouri Ave_
(Address)
_St. Louis MO 63104_

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer _Lisa Berry_ [name] and to the United States Attorney's Office on _November 17_, 2021.

_Anna_
(Signature of Defendant)